IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE S. MEYERS, widow of DANIEL E. MEYERS, | ) ) ) | CASE NO.2:11-cv-86 |
| Plaintiff, | ) ) | Chief Judge Gary L. Lancaster |
| vs. | ) ) | |
| SCHWAN'S HOME SERVICE, INC., | ) ) | |
| Defendant. | ) | |

AND NOW, THIS 5th DAY OF Oct, 11, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED..

/s/ Gary L. Lancaster
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

## MOTION TO RECONSIDER DISMISSAL OF CASE FOR FAILUTE TO TIMELY PROSECUTE AND INSTEAD ORDER AN ADMINISTRATIVE CLOSING PENDING VOLUNATRY DISMISSAL

AND NOW comes Plaintiff, by and through her attorney, Erik M. Yurkovich, Esq., and files this Motion to reconsider the dismissal for failure prosecute ordered on September 16, 2011, and enter an order of administrative closing pending a voluntary dismissal based upon the following facts not presented to this Honorable Court.

1. This case is brought by Denise Meyers, the widow of Daniel E. Meyers, who filed a charge of discrimination with the EEOC against his employer, Schwan's Home Service Inc. (E.E.O.C. Charge No. 333-2010-244).

2. Daniel Meyers died during the investigation of his charge and his wife Denise Meyers was substituted.

1